# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MICHAEL FLYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY FEDERAL GRAND JURY, et al.,<br><br>    Defendants. | NO. SA CV 07-01081 MMM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 17, 2008

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE